# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-399-FDW-DCK

| | |
|---|---|
| FATMATA SILLAH and MOMODU SILLAH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| C.R. BARD, INC., a New Jersey Corporation, and DAVOL, INC., a subsidiary Corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by Mohammed M. Shyllon, concerning Muhammad Alieu Iscandari on August 10, 2018. Mr. Muhammad Alieu Iscandari seeks to appear as counsel *pro hac vice* for Plaintiffs Fatmatah Sillah and Momodu Sillah. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.** Mr. Muhammad Alieu Iscandari is hereby admitted *pro hac vice* to represent Plaintiffs Fatmatah Sillah and Momodu Sillah.

**SO ORDERED**.

Signed: August 13, 2018

David C. Keesler
United States Magistrate Judge