IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-399-FDW-DCK

| | | |
|---|---|---|
| **FATMATA SILLAH and MOMODU SILLAH,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **C.R. BARD, INC., a New Jersey Corporation, and DAVOL, INC., a subsidiary Corporation,** | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Mohammed M. Shyllon, concerning Tiega-Noel Varlack on August 27, 2018. Tiega-Noel Varlack seeks to appear as counsel *pro hac vice* for Plaintiffs Fatmatah Sillah and Momodu Sillah. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED**. Tiega-Noel Varlack is hereby admitted *pro hac vice* to represent Plaintiffs Fatmatah Sillah and Momodu Sillah.

**SO ORDERED**.

Signed: August 27, 2018

David C. Keesler
United States Magistrate Judge